# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141883

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FRANCES COLUCCI HILL, as Personal
Representative for the ESTATE OF ROBERT
HILL, Deceased
        Plaintiff-Appellee,

v

JOEL A. JOHNSON, M.D.,
        Defendant-Appellant,

and

MARQUETTE GENERAL HOSPITAL, INC.,
JAMES H. MERING, III, M.D., RYAN D.
EDWARDS, M.D., and LARRY LEWIS, M.D.,
_____/

SC: 141883
COA: 297359
Marquette CC: 07-045013-NH

On order of the Court, the application for leave to appeal the August 27, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

_____
Clerk

y0228